IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

EMANUELE R SARNELLI,

     Appellant,

v.

REEMPLOYMENT
ASSISTANCE APPEALS
COMMISSION AND OVEN
PGA LLC,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1028

_____/

Opinion filed September 7, 2016.

An appeal from an order of the Reemployment Assistance Appeals Commission.
Frank E. Brown, Chairman.

Emanuele R. Sarnelli, pro se.

Norman A. Blessing, General Counsel, Amanda L. Neff, Executive Senior Attorney,
Reemployment Assistance Appeals Commission, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

MAKAR, JAY, and M.K. THOMAS, JJ., CONCUR.